UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryam E.M., | Civ. No. 26-41 (JWB/ECW) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Samuel Olson, *in his official capacity as Director of St. Paul Field Office, Immigration and Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; and Kristi Noem, *in her official capacity as U.S. Secretary of Homeland Security, U.S. Immigration and Customs Enforcement*, | **ORDER TO RESPOND** |
| Respondents. | |

**IT IS HEREBY ORDERED**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Bryam E.M. on or before **January 9, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

      d.    Respondents' answer shall address whether the legal issues presented in this case—regarding the source of detention authority and the lawfulness of continued custody—are materially different from those addressed in *Eliseo A.A. v. Olson*, No. 25-CV-3381 (JWB/DJF), 2025 WL 2886729 (D. Minn. Oct. 8, 2025), or *Mayamu K. v. Bondi*, No. 25-3035 (JWB/LIB), 20025 WL 3641819 (D. Minn. Oct. 20, 2025), and if so, explain how.

    3.    If Petitioner intends to file a reply to Respondent's answer, Petitioner must do so on or before **January 12, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 6, 2026                        *s/ Jerry W. Blackwell*
                                                    JERRY W. BLACKWELL
                                                    United States District Judge