# UNITED STATES DISTRICT COURT
## District of Minnesota

Bryam Escobar Martinez,

Petitioner,

v.

Pamela Bondi, Samuel Olson, Todd Lyons,
Kristi Noem,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-41 JWB/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Bryam E.M.'s petition for a writ of habeas corpus (Doc. No.1) is **GRANTED**.

2. Respondents shall immediately release Petitioner from custody.

3. Respondents shall confirm Petitioner's release within 48 hours from the date of this Order.

4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

5. Petitioner's other claims are not reached.

Date: 1/12/2026

KATE M. FOGARTY, CLERK